COPY

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>CR103-00093-001 |
|---|---|---|

'07 CR 7037 IEG

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Joshua M. Handeland<br>Correctional Alternatives, Inc.<br>551 South, 35th Street<br>San Diego, California 92113 | Southern District of Georgia | Augusta |
| | NAME OF SENTENCING JUDGE | |
| | Dudley H. Bowen, Jr. | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>December 26, 2006 | TO<br>December 25, 2009 |
|---|---|---|---|

| OFFENSE |
|---|
| Possession of Child Pornography |

FILED
DISTRICT COURT
AUGUSTA DIV.
2007 OCT -9 P 4:29
CLERK
SO. DIST. OF GA.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF GEORGIA**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Sothern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1/10/07_
*Date*

_Dudley H. Bowen_
*United States District Judge*

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF CALIFORNIA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_9/28/07_
*Effective Date*

_Irma E. Gonzalez_
*United States District Judge*

ATTEST: A TRUE COPY
_10/9_, 20_07_
_L. Fernandez_
Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA   30903

(706)849-4400

October 11, 2007

Clerk, U. S. District Court
Southern District of California
4290 Edward J. Schwartz U. S. Courthouse
940 Front Street
San Diego, CA 92101

In Re: Transfer of Probation/Supervised Release
U. S. A. vs. Joshua M. Handeland
Our Case No. 1:03-cr-033-001

Dear Sir or Madam:

In accordance with the PROB 22 Transfer of Jurisdiction Form signed by Judge Gonzalez of your district, and Judge Dudley H. Bowen, Jr. of this district, I am enclosing the following:

1) certified copy of the Superseding Indictment, Penalty Certification, Judgment, Petition and Order modifying terms of supervision, Docket Sheet, Probation Form 22, and Case Inquiry Report.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

SCOTT L. POFF., CLERK

By: _Linda J. Flanders_
Linda J. Flanders

/ljf
Enc.

cc: U. S. Attorney/Augusta
    U. S. Probation, Augusta

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA  30903

(706)849-4400

October 11, 2007

Clerk, U. S. District Court
Southern District of California
4290 Edward J. Schwartz U. S. Courthouse
940 Front Street
San Diego, CA 92101

In Re: Transfer of Probation/Supervised Release
U. S. A. vs. Joshua M. Handeland
Our Case No. 1:03-cr-033-001

Dear Sir or Madam:

In accordance with the PROB 22 Transfer of Jurisdiction Form signed by Judge Gonzalez of your district, and Judge Dudley H. Bowen, Jr. of this district, I am enclosing the following:

1) certified copy of the Superseding Indictment, Penalty Certification, Judgment, Petition and Order modifying terms of supervision, Docket Sheet, Probation Form 22, and Case Inquiry Report.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

SCOTT L. POFF., CLERK

By: _Linda J. Flanders_
Linda J. Flanders

/ljf
Enc.

cc: U. S. Attorney/Augusta
    U. S. Probation, Augusta

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

2004 NOV -5 AM 10: 11

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | SUPERSEDING INDICTMENT |
| | ) | NO. 103-033 |
| | ) | |
| **v.** | ) | VIO: |
| | ) | 18 U.S.C. § 2252A(a)(5)(A) |
| **JOSHUA M. HANDELAND,** | ) | Possession of Child |
| | ) | Pornography |
| Defendant | ) | (Count One) |
| | ) | |
| | ) | 18 U.S.C. § 2253 |
| | ) | Forfeiture Allegation |
| | ) | (Count Two) |

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
**(Possession of Child Pornography)**

On or about October 22, 2002, in the Southern District of Georgia, and elsewhere, the defendant,

**JOSHUA M. HANDELAND,**

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, did knowingly and unlawfully possess material containing three or more images of child pornography, including images on computer hard drive and computer

38.

CD ROM discs, which the defendant **JOSHUA M. HANDELAND** well knew contained at least one person in said images who was a minor engaged in sexually explicit conduct.

The defendant knowingly and unlawfully possessed over twenty said images of child pornography as defined in 18 United States Code, Section 2256(8)(A) and (C).    Examples of said images include the following:

| No. | Source | File icon Title | Description |
|-----|--------|-----------------|-------------|
| 1 | Computer Hard Drive | 11yo Preteen Lolita No Panties on Couch.jpg | Depicts 11 year-old girl with no underpants, wearing blue tank top sitting on a cloth couch with her legs spread, exposing her vagina. |
| 2 | Computer Hard Drive | Childlover_little_C ollection_0101.jpg | Depicts very young female toddler on a bed laying on her back with her hands covering her face being vaginally penetrated by an adult male. |
| 3 | Computer Hard Drive | Illegal Lolita_fk01_02x.jpg | Depicts the same girl in No. 2, above.  In this scene, her hands are above her face and she is not being penetrated, although an adult male penis is still in the picture. |

| No. | Source | File icon Title | Description |
|---|---|---|---|
| 4 | Computer Hard Drive | Hardcore Incest Rape PornXXX Babe Preteen 1090.jpg | Depicts three Asian women and one very young Asian girl. The Asian girl is nude, and two of the women are holding her head. The girl is being vaginally penetrated by the third woman. |
| 5 | Computer Hard Drive | latin sex.jpg | Depicts nude curly-haired prepubescent girl sitting on top of a nude male. The male is on his back, and she is sitting so that she is facing his feet while being vaginally penetrated by him. |
| 6 | Computer Hard Drive | Preteen 3 years old blows dad.jpg | Depicts a 3-year-old girl in brown boots and a brown skirt with the skirt pulled up to reveal her vagina, sitting in a chair with her legs spread, while giving an adult male oral sex. |
| 7 | Computer Hard Drive | preteen 6 year old cumshot on pussy.jpg | Black and white photo of a prepubescent girl lying on her back with a man's adult penis touching the area around her vagina. The man has ejaculated on the girl. |
| 8 | Computer Hard Drive | preteen first bj.jpg | Depicts a prepubescent boy receiving oral sex from a woman of unknown age. |

3

| No. | Source | File icon Title | Description |
|-----|--------|-----------------|-------------|
| 9 | Computer Hard Drive | Preteen Lolita Rape 6(incest kiddy).jpg | Depicts a prepubescent girl clothed in blue and white pajamas masturbating an adult male who is lying on his back. |

Said child pornography images were contained on one Hewlitt Packard Pavilion (XE783) personal computer with HP CDwriter Plus drive, serial number MX04212871, and one Memorex Cool Colors CD, entitled "downloads" serial number 021002_1942, both of which were obtained from defendant's barracks room on or about October 22, 2002.

All done in violation of Title 18, United States Code, Section 2252A(a)(5)(A).

### COUNT TWO
### (Forfeiture Allegation)

The allegations of Count One of this indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

As a result of the offense alleged in Count One, defendant **JOSHUA M. HANDELAND** shall forfeit to the United States his interest in (a) any visual depiction described in section 2251,

4

2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, including, but not limited to the following: o n e Hewlitt Packard Pavilion (XE783) personal computer with HP CDwriter Plus drive, serial number MX04212871, and one Memorex Cool Colors CD, entitled "downloads", serial number 021002_1942, containing images of child pornography as described previously herein, all obtained from defendant's residence on or about October 22, 2002.

A True Bill.

FOREPERSON

LISA GODBEY WOOD
UNITED STATES ATTORNEY

Joseph D. Newman
Assistant United States Attorney
Chief, Criminal Section

5

Frederick W. Kramer
Assistant United States Attorney
Senior Litigation Counsel


Richard Goolsby
Assistant United States Attorney
Augusta Branch Office Chief


Stephen K. Marsh**
Assistant United States Attorney


**Denotes lead counsel

6

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA    2004 NOV -5 AM 10: 11
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERSEDING INDICTMENT |
| | ) | NO. 103-033 SO. DIST. OF GA. |
| | ) | |
| v. | ) | VIO: |
| | ) | 18 U.S.C. § 2252A(a)(5)(A) |
| JOSHUA M. HANDELAND, | ) | Possession of Child |
| | ) | Pornography |
| Defendant | ) | (Count One) |
| | ) | |
| | ) | 18 U.S.C. § 2253 |
| | ) | Forfeiture Allegation |
| | ) | (Count Two) |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby

certifies that the maximum penalties for the offenses charged in

the indictment are as follows:

**COUNT ONE:**   POSSESSION OF CHILD PORNOGRAPHY
            18 U.S.C. § 2252A(a)(5)(A)

NOT MORE THAN FIVE (5) YEARS IMPRISONMENT; A FINE OF NOT
MORE THAN $250,000; A TERM OF SUPERVISED RELEASE OF NOT
MORE THAN THREE (3) YEARS; AND A $100 SPECIAL ASSESSMENT.

This ___4th___ day of November, 2004.

                    Respectfully submitted,

                    LISA GODBEY WOOD
                    UNITED STATES ATTORNEY

                    Stephen K. Marsh
                    Assistant United States Attorney
                    1 Tenth Street, Suite 530
                    Augusta, Georgia 30809
                    (706)826-4520

AO 245B (Rev 12/03)  Judgment in a Criminal Case
Sheet 1

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# United States District Court

2005 JUN 29  AM 8: 34

SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CLERK _L. Ilhuden_
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| Joshua M. Handeland | Case Number:  CR103-00033-001 |
| | USM Number:  91706-198 |
| | Martin C. Puetz |
| | Defendant's Attorney |

## THE DEFENDANT:

[X]  pleaded guilty to Counts 1s and 2s  .
[ ]  pleaded nolo contendere to Count(s)  which was accepted
     by the court.
[ ]  was found guilty on Count(s)  after a plea of not guilty.

The defendant has been convicted of the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2252A(a)(5)(A) | Possession of child pornography | October 22, 2002 | 1s |
| 18 U.S.C. § 2253 | General forfeiture | | 2s |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)__.
[X]  Counts 1 and 2 are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 22, 2005
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

June 29 2005
Date

AO 245B (Rev 12/03) Judgment in a Criminal Case:
Sheet 2 - Imprisonment

Judgment-Page 2 of 6

DEFENDANT: Joshua M. Handeland
CASE NUMBER: CR103-00033-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 37 months. The defendant shall be given full credit for all time spent in custody since April 20, 2004 .

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[ ]   The defendant shall surrender to the United States Marshal for this district:

    [ ]   at ___ [ ] a.m. [ ] p.m. on _____.
    [ ]   as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]   before 2 p.m. on _____.
    [ ]   as notified by the United States Marshal.
    [ ]   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal

AO 245B (Rev 12/03) Judgment in a Criminal Case
    Sheet 3 - Supervised Release

Judgment-Page 3 of 6

DEFENDANT: Joshua M. Handeland
CASE NUMBER: CR103-00033-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>3 years</u> .

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement; and

14)    Any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of supervised release.

DEFENDANT: Joshua M. Handeland
CASE NUMBER: CR103-00033-001

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall participate in a program of testing for drug and alcohol abuse and, if the probation officer determines it is necessary, the defendant shall participate in a program of treatment for drug and alcohol abuse as directed by the probation officer, until such time as the defendant is released from the program by the Court. The cost of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

2.  The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the Court. The cost of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

3.  The defendant shall not have contact with anyone under the age of 18 unless accompanied by a responsible adult (approved by the probation officer) who is aware of the defendant's patterns of sexual abuse. Contact is defined as person-to-person, over the telephone, through the mail, over the Internet, and third-party contact.

4.  The defendant shall submit his person, residence, office, vehicle, computer hard drive, computer disks, and any other computerized files to a search conducted by the probation officer, and other such law enforcement personnel as the probation officer may deem advisable, without a warrant and at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation.

5.  The defendant shall not possess or use a computer with access to any on-line service at any location without prior written approval of the probation officer. This includes any Internet service provider, any bulletin board system, or any other public or private computer network. The defendant shall not possess or use any computer for employment purposes without prior approval of the probation officer. The defendant shall consent to third-party disclosure to any employer, or potential employer, of any computer-related restrictions imposed by the Court.

6.  A curfew is imposed as a special condition of supervised release. The defendant shall not leave his residence from 10:00 p.m. until 6:00 a.m. during the period of supervision except when such leave is approved in advance by the probation officer.

## ACKNOWLEDGMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
            Defendant                                Date


            _____        _____
            U. S. Probation Officer/Designated Witness        Date

DEFENDANT: Joshua M. Handeland
CASE NUMBER: CR103-00033-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $100 | $2,400 | $0 |

[ ]    The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

[ ]    The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Totals:** | | | |

[ ]    Restitution amount ordered pursuant to plea agreement    $ _____

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

[X]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

        [X]    The interest requirement is waived for the    [X] fine    [ ] restitution.
        [ ]    The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev 12/03) Judgment in a Criminal Case:
    Sheet 6  - Criminal Monetary Penalties

Judgment-Page 6 of 6

DEFENDANT: Joshua M. Handeland
CASE NUMBER: CR103-00033-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [X]    Lump sum payment of $ 100 due immediately, balance due

        [ ] not later than ___; or
        [X] in accordance with  [ ] C,  [ ] D,  [ ] E, or  [X] F below; or

B [ ]    Payment to begin immediately (may be combined with  [ ] C,  [ ] D, or  [ ] F below); or

C [ ]    Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ]    Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ over a period of ___ (e.g., months or years), to commence _(e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ]    Payment during the term of supervised release will commence within __ (eg., 30 or 60 days) after release from imprisonment. the court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [X]    Special instructions regarding the payment of criminal monetary penalties:  While in the custody of the Bureau of Prisons, the defendant shall make payments of either quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR.  Upon release from imprisonment and while on supervised release, the defendant shall make minimum monthly payments of $ 100 over a period of  24  months.  Payments are to be made payable to the Clerk, United States District Court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.
The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several
        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount,  Joint and Several Amount, and corresponding payee, if appropriate:

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[X]    The defendant shall forfeit the defendant's interest in the following property to the United States: All property described in Count 2 of the Superseding Indictment.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) fine interest; (6) community restitution; (7) penalties, and (8) costs, including cost of prosecution and court costs.

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA                    *

        vs.                                   *          CASE NO.  CR103-33

JOSHUA M. HANDELAND                          *

                                   *

                                   *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

    1.      Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below;
            and

    2.      That the aforementioned envelope(s) contain a copy of the documents known as Judgment               dated 6/29/05          , which is part of the official records of this case.

Date of Mailing:  6/29/05

Date of Certificate:  6/29/05

                                    SCOTT L. POFF, CLERK

                                    By   *L. Thlender*

NAME:

1.  Joshua M. Handeland

2.  Martin C. Puetz

3.  collections (2 cert cys)

4.

5.

6.

7.

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☒ | District Judge |
| ☐ | ☐ | Magistrate Judge |
| ☐ | ☐ | Minutes |
| ☒ | ☐ | U.S. Probation |
| ☒ | ☐ | U.S. Marshal |
| ☒ | ☐ | U.S. Attorney |
| ☐ | ☒ | JAG Office |

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☐ | Dept. of Justice |
| ☐ | ☐ | Dept. of Public Safety |
| ☐ | ☐ | Voter Registrar |
| ☐ | ☐ | U.S. Court of Appeals |
| ☐ | ☐ | Nicole/Debbie |
| ☐ | ☐ | Ray Stalvey |
| ☐ | ☑ | Cindy Reynolds |

PROB 12B
(7/93)

# United States District Court
### for the
### Southern District of Georgia
### Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

2007 JAN -5  P 12: 50

CLERK_____
SO. DIST. OF GA.

Name of Offender: **Joshua M. Handeland**                Case Number: CR103-00033-001

Name of Sentencing Judicial Officer:      Honorable Dudley H. Bowen, Jr.
                                          United States District Judge

Date of Original Sentence:      June 22, 2005

Original Offense:      Possession of child pornography

Original Sentence:      37 months custody, 3 years supervised release, $2,400 fine, and $100 special
                        assessment

Type of Supervision:            Supervised Release

Date Supervision Commenced:    December 26, 2006

Assistant U.S. Attorney:        Stephen K. Marsh

Defense Attorney:               Martin C. Puetz

---

### PETITIONING THE COURT

[ ]     To extend the term of supervision for  years, for a total term of  years.
[X]     To modify the conditions of supervision as follows:

The offender shall reside in a Residential Reentry Center as directed by the probation officer for a period
of up to 120 days.

### CAUSE

Prior to his release from the Bureau of Prisons (BOP), Handeland requested permission to reside with his
mother in the District of South Dakota. As such, on June 16, 2006, the BOP requested that the District of
South Dakota investigate the offender's request to relocate to Sioux Falls, South Dakota.   On September
12, 2006, the United States Probation Office in Sioux Falls notified the BOP that after their office had
interviewed the offender's mother, it was determined that the offender was only going to reside with his
mother for a short period of time. Accordingly, the District of South Dakota denied the relocation request.

On December 28, 2006, the offender reported to the United States Probation Office in Savannah, Georgia,
following his release from FMC Fort Worth, Texas. The offender informed United States Probation Officer
(USPO) Ervin Frazier that he did not have any ties to the Southern District of Georgia. However, Handeland
related to USPO Frazier that he had previously lived in San Diego, California, and had friends whom he
could reside with in San Diego. Based on this information, USPO Frazier contacted the United States
Probation Office in San Diego for reporting instructions. The offender was directed to report to the United
States Probation Office in San Diego on January 4, 2007.

Prob 12B                 Request for Modifying the Conditions or Term of Supervision

Re: Joshua M. Handeland
Case Number: CR103-00033-001
Page 2

On January 4, 2007, Handeland reported to the United States Probation Office in San Diego where it was determined that he could not locate the friends in San Diego that he had previously known. As such, Supervisory United States Probation Officer Manuel Alonzo contacted this officer and requested the Court modify the offender's conditions of supervised release to include placement at a Residential Reentry Center in San Diego to assist the offender in getting established in San Diego. The offender has agreed to the modification and a Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision, which is signed by the offender, is attached.

Respectfully submitted,

by

Christopher A. Doughtie, Sr.
United States Probation Officer
Specialist
Date: 1/4/2007

Reviewed by:

Pamela K. Sowell
Supervisory United States Probation Officer

---

THE COURT ORDERS:

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above *
[ ]     Other

\* I would also like to transfer jurisdiction as soon as practicable.

Dudley H. Bowen, Jr.
United States District Judge

Date     1/5/07

Jan  4 2007  11:57     P.02

PROB 49
(Rev 3/89)

# UNITED STATES DISTRICT COURT
## Southern District of California

### Waiver of Hearing to Modify Conditions of
### Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days.

Witness: _____    Signed: _____
Manuel C. Alonzo                                        Joshua Handeland
Supervising U.S. Probation Officer                      Supervised Releasee

Date: ___Jan 4, 2007___

/jmb

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA

vs.

JOSHUA M. HANDELAND

\*
\*
\*
\*
\*

CASE NO.  1:03-CR-33-1

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

 1  Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

 2.  That the aforementioned envelope(s) contain a copy of the documents known as Petition/Order     dated 1/5/07     , which is part of the official records of this case.

Date of Mailing: 1/5/07
Date of Certificate: 1/5/07

SCOTT L. POFF, CLERK

By *L. Ilanders*

NAME:

1. Joshua M. Handeland
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

| Cert/Copy | | | Cert/Copy | | |
|---|---|---|---|---|---|
| ☐ | ☒ | District Judge | ☐ | ☐ | Dept. of Justice |
| ☐ | ☐ | Magistrate Judge | ☐ | ☐ | Dept. of Public Safety |
| ☐ | ☐ | Minutes | ☐ | ☐ | Voter Registrar |
| ☐ | ☒ | U.S. Probation | ☐ | ☐ | U.S. Court of Appeals |
| ☐ | ☐ | U.S. Marshal | ☐ | ☐ | Nicole/Debbie |
| ☐ | ☒ | U.S. Attorney | ☐ | ☐ | Ray Stalvey |
| ☐ | ☐ | JAG Office | ☐ | ☐ | Cindy Reynolds |

10/10/2007 03:50 PM EDT

# U.S. Courts
## Case Inquiry Report

Version 7.0.1   Page   1   of   3

**Case Number**   DGASI03CR000033      **Case Title**   USA VS JOSHUA M. HANDELAND

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|--------|-----------|-----------|-----------|-----------------|-------------------|
| 001 | JOSHUA M. HANDELAND | FINE-CRIME VICTIMS FUND | 2,400.00 | 25.00 | 2,375.00 |
| 001 | JOSHUA M. HANDELAND | SPECIAL PENALTY ASSESSMENT | 100.00 | 100.00 | 0.00 |
| | | | 2,500.00 | 125.00 | 2,375.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|-----------------|-----------------|--------------|--------------|------------------|

10/10/2007 03:50 PM EDT

# U.S. Courts
## Case Inquiry Report

**Detailed Party Information:**

| Party Number | Party Name |
|---|---|
| 001 | JOSHUA M. HANDELAND |

**Debt Type**
FINE-CRIME VICTIMS FUND

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 | | | N/A |
| Owed | 2,400.00 | 0.00 | 0.00 | 2,400.00 |
| Collected | 25.00 | 0.00 | 0.00 | 25.00 |
| Outstanding | 2,375.00 | 0.00 | 0.00 | 2,375.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 25.00 | 0.00 | N/A | 25.00 |

SPECIAL PENALTY ASSESSMENT

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Fund | 504100 | | | N/A |
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 100.00 | 0.00 | 0.00 | 100.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 100.00 | 0.00 | N/A | 100.00 |

**Totals**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| Collected | 125.00 | 0.00 | 0.00 | 125.00 |
| Outstanding | 2,375.00 | 0.00 | 0.00 | 2,375.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 125.00 | 0.00 | N/A | 125.00 |

10/10/2007 03:50 PM EDT

U.S. Courts
Case Inquiry Report

Version 7.0.1  Page 3  of 3

Transaction Information:

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| CK 1010 DGAS103CR000033-001 | 01/17/2007 1 | 01/31/2007 | PR FINE-CRIME VICTIMS FUND | 25.00 | JOSHUA M. HANDELAND | 0 | 99 | 504100 |
| CK 1010 DGAS103CR000033-001 | 01/17/2007 2 | 01/31/2007 | PR SPECIAL PENALTY ASSESSMENT | 100.00 | JOSHUA M. HANDELAND | 0 | 99 | 504100 |

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |

CLOSED

# U.S. District Court
## Southern District of Georgia (Augusta)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-00033-DHB All Defendants
### Internal Use Only

Case title: USA v. Handeland

Date Filed: 05/09/2003
Date Terminated: 06/29/2005

Assigned to: Judge Dudley H. Bowen

**Defendant**

**Joshua M Handeland** (1)
*TERMINATED: 06/29/2005*

represented by **Martin C. Puetz**
415 Fourth St.
Augusta, GA 30901
706/722-4283
Fax: 706/722-9607
*TERMINATED: 05/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2252.F POSSESSION OF CHILD PORNOGRAPHY. (1) | Dismissed |
| 18:2252.F POSSESSION OF CHILD PORNOGRAPHY (1s) | 37 months imprisonment; 3 years supervised release; $2,400 fine; $100 special assessment |
| 18:2253.F CRIMINAL FORFEITURE IN VIOLATION OF EXPLOITATION OF MINORS (2) | Dismissed |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:2253.F CRIMINAL FORFEITURE IN VIOLATION OF EXPLOITATION OF MINORS (2s) | Forfeiture of property |

## Highest Offense Level (Terminated)

Felony

## Complaints                                    Disposition

None

---

## Plaintiff

**United States of America**                    represented by    **Brian F. McEvoy**
                                                                   U.S. Attorney's Office - Savannah
                                                                   P.O. Box 8970
                                                                   Savannah, GA 31412
                                                                   912/652-4422
                                                                   Fax: 912/652-4388
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Lee H. Little**
                                                                   U.S. Attorney's Office
                                                                   P.O. Box 2017
                                                                   Augusta, GA 30903
                                                                   706/724-0517
                                                                   *TERMINATED: 06/17/2004*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Michael S. Waddington**
                                                                   Office of the Staff Judge Advocate
                                                                   Criminal Law Division
                                                                   419 B St.
                                                                   ATTN: ATZH-JAM
                                                                   Ft. Gordon, GA 30905
                                                                   706/791-3079
                                                                   Fax: 706/791-1545(fax)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Ryan D. Chandlee**
                                                                   Office of the Staff Judge Advocate
                                                                   Criminal Law Division
                                                                   419 "B" St.
                                                                   ATTN: ATZH-JAM
                                                                   Ft. Gordon, GA 30905
                                                                   706/791-3079
                                                                   Fax: 706/791-1545(fax)
                                                                   *TERMINATED: 09/22/2004*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Stephen Marsh**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2003 | | (Court only) **Added Government Attorney Lee H. Little (ljf) (Entered: 05/13/2003) |
| 05/09/2003 | 1 | INDICTMENT as to Joshua M Handeland (1) count(s) 1, 2 (ljf) (Entered: 05/13/2003) |
| 05/09/2003 | 2 | Penalty Certification by USA as to Joshua M Handeland (ljf) (Entered: 05/13/2003) |
| 05/16/2003 | | SUMMONS(ES) issued for Joshua M Handeland Initial Appearance and Arraignment set for 10:00 6/4/03 (esi) (Entered: 05/16/2003) |
| 05/16/2003 | | (Court only) **Added Government Attorney Ryan D. Chandlee (esi) (Entered: 05/16/2003) |
| 06/03/2003 | | ORAL ORDER as to oral motion for continuance by Joshua M Handeland , Continuing initial appearance and arraignment resetting for June 25, 2003, at 10:30 a.m.; deft telephonically notified ( Entered by Magistrate Judge W. Leon Barfield ) (esi) (Entered: 06/03/2003) |
| 06/03/2003 | | Initial appearance and arraignment as to Joshua M Handeland reset for 10:30 6/25/03 before Magistrate Judge W. Leon Barfield (esi) (Entered: 06/03/2003) |
| 06/09/2003 | 3 | ADDRESS AFFIDAVIT by Joshua M Handeland (ljf) (Entered: 06/10/2003) |
| 06/09/2003 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Joshua M Handeland (ljf) (Entered: 06/10/2003) |
| 06/12/2003 | 5 | SUMMONS Returned Executed as to Joshua M Handeland on 6/2/03 by serving deft's atty. (ljf) (Entered: 06/16/2003) |
| 06/24/2003 | | (Court only) **Added for Joshua M Handeland Attorney Martin C. Puetz (esi) (Entered: 06/24/2003) |
| 06/24/2003 | | MOTION in open court by Joshua M Handeland to Continue initial appearance and arraignment . Defendant telephoned Clerk in response to message left on his cell phone by courtroom deputy. He was advised how to contact his court appointed attorney. Court appointed counsel made oral motion for continuance of the initial appearance set for 6/25/03 on |

| | | |
|---|---|---|
| | | basis that deft did not have funds to travel to Augusta. Written motion to be filed. (esi) (Entered: 06/26/2003) |
| 06/25/2003 | 6 | NOTICE of Appearance for Joshua M Handeland by Attorney Martin C. Puetz (ljf) (Entered: 06/25/2003) |
| 06/25/2003 | 7 | NOTICE to Retained Counsel as to Joshua M Handeland Attorney: Martin Puetz (ljf) (Entered: 06/25/2003) |
| 06/25/2003 | 8 | MOTION by Joshua M Handeland to Continue Initial Appearance and Arraignment , and for Govt to advance funds to pay for transportation, lodging, food, etc for his attendance at Initial Appearance and Arraignment with brief in support. (ljf) (Entered: 06/25/2003) |
| 06/25/2003 | 9 | ORDER as to Joshua M Handeland denying [8-1] motion to Continue Initial Appearance and Arraignment as to Joshua M Handeland (1), denying [8-2] motion for Govt to advance funds to pay for transportation, lodging, food, etc for his attendance at Initial Appearance and Arraignment, denying [0-0] oral motion to Continue initial appearance and arraignment; directing bench warrant issue. ( Signed by Magistrate Judge W. Leon Barfield ) (esi) (Entered: 06/26/2003) |
| 06/25/2003 | | BENCH WARRANT issued as to Joshua M Handeland (esi) (Entered: 06/26/2003) |
| 06/26/2003 | 10 | CJA 20 as to Joshua M Handeland : Appointment of Attorney Martin C. Puetz ( Signed by Magistrate Judge W. Leon Barfield ) (esi) (Entered: 06/26/2003) |
| 07/14/2003 | | Arraignment as to Joshua M Handeland set for 10:30 7/22/03 before Magistrate Judge W. Leon Barfield (esi) (Entered: 07/14/2003) |
| 04/20/2004 | | ARREST of Joshua M Handeland (fbh) (Entered: 04/23/2004) |
| 04/20/2004 | | ARREST of Joshua M Handeland in S/D of CA (ljf) (Entered: 05/20/2004) |
| 04/23/2004 | 11 | Arrest WARRANT Returned Executed as to Joshua M Handeland on 4/20/04 (fbh) (Entered: 04/23/2004) |
| 05/17/2004 | 12 | Rule 40 Documents as to Joshua M Handeland received from S/D of CA (ljf) (Entered: 05/20/2004) |
| 06/09/2004 | | Arraignment as to Joshua M Handeland set for 2:30 6/15/04 before Magistrate Judge W. Leon Barfield (esi) (Entered: 06/09/2004) |
| 06/15/2004 | | Initial appearance as to Joshua M Handeland held (Defendant informed of rights.) (esi) (Entered: 06/15/2004) |
| 06/15/2004 | | Arraignment as to Joshua M Handeland held Not guilty plea entered. (esi) (Entered: 06/15/2004) |
| 06/15/2004 | 13 | CJA 23 FINANCIAL AFFIDAVIT by Joshua M Handeland (ljf) (Entered: 06/16/2004) |
| | | |

| 06/15/2004 | 14 | First Discovery Statement filed by USA as to Joshua M Handeland (ljf) (Entered: 06/17/2004) |
|---|---|---|
| 06/16/2004 | 15 | ORDER as to Joshua M Handeland set Motion Filing deadline to 6/30/04 for Joshua M Handeland ; cnsl reminded concerning dissemination of discv materials. ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 06/17/2004) |
| 06/17/2004 | | (Court only) **Terminated attorney Lee H. Little for USA as to Joshua M Handeland (ljf) (Entered: 06/17/2004) |
| 07/08/2004 | 16 | MOTION by Joshua M Handeland to Strike certain language in Indictment (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 17 | MOTION by Joshua M Handeland for Discovery with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 18 | MOTION by Joshua M Handeland for Disclosure of exculpatory & impeaching information with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 19 | MOTION by Joshua M Handeland for Notice of Intent to use evidence arguably subject to suppression with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 20 | MOTION by Joshua M Handeland to inspect and test physical evidence with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 21 | PRELIMINARY MOTION by Joshua M Handeland to Suppress evidence with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 22 | MOTION by Joshua M Handeland to preserve evidence with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 23 | MOTION by Joshua M Handeland for Notice of Intent to rely upon other crimes evidence with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 24 | MOTION/REQUEST by Joshua M Handeland for Notice of Intent to use 404(b) evidence (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 25 | MOTION by Joshua M Handeland to reserve right to file addt'l motions as they become necessary and appropriate (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 26 | MOTION by Joshua M Handeland to participate in Voir Dire with brief in support. (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | 27 | CERTIFICATE OF SERVICE by Joshua M Handeland as to Joshua M Handeland Service Re: [26-1] motion to participate in Voir Dire, [25-1] motion to reserve right to file addt'l motions as they become necessary and appropriate, [24-1] motion for Notice of Intent to use 404(b) evidence, [23-1] motion for Notice of Intent to rely upon other crimes evidence, [22-1] motion to preserve evidence, [21-1] motion to Suppress evidence, [20-1] motion to inspect and test physical evidence, [19-1] motion for Notice of Intent to use evidence arguably subject to suppression, [18-1] motion for Disclosure of exculpatory & impeaching information, [17-1] motion for Discovery, [16-1] motion to Strike certain |

| | | |
|---|---|---|
| | | language in Indictment (ljf) (Entered: 07/09/2004) |
| 07/08/2004 | | Motion(s) referred to Magistrate Judge W. Leon Barfield as to Joshua M Handeland : [26-1] motion to participate in Voir Dire, [25-1] motion to reserve right to file addt'l motions as they become necessary and appropriate, [24-1] motion for Notice of Intent to use 404(b) evidence, [23-1] motion for Notice of Intent to rely upon other crimes evidence, [22-1] motion to preserve evidence, [21-1] motion to Suppress evidence, [20-1] motion to inspect and test physical evidence, [19-1] motion for Notice of Intent to use evidence arguably subject to suppression, [18-1] motion for Disclosure of exculpatory & impeaching information, [17-1] motion for Discovery, [16-1] motion to Strike certain language in Indictment (ljf) (Entered: 07/09/2004) |
| 07/20/2004 | 28 | RESPONSE by USA as to Joshua M Handeland re [26-1] motion to participate in Voir Dire, [25-1] motion to reserve right to file addt'l motions as they become necessary and appropriate, [24-1] motion for Notice of Intent to use 404(b) evidence, [23-1] motion for Notice of Intent to rely upon other crimes evidence, [22-1] motion to preserve evidence, [21-1] motion to Suppress evidence, [20-1] motion to inspect and test physical evidence, [19-1] motion for Notice of Intent to use evidence arguably subject to suppression, [18-1] motion for Disclosure of exculpatory & impeaching information, [17-1] motion for Discovery, [16-1] motion to Strike certain language in Indictment (ljf) (Entered: 07/22/2004) |
| 07/27/2004 | | Leave of Absence approved for Stephen Marsh from 9/27 to 10/1/04. (ljf) (Entered: 07/27/2004) |
| 09/22/2004 | | (Court only) **Added Government Attorney Stephen Marsh, Michael S. Waddington (ljf) (Entered: 09/22/2004) |
| 09/22/2004 | | (Court only) **Terminated attorney Ryan D. Chandlee for USA as to Joshua M Handeland (ljf) (Entered: 09/22/2004) |
| 09/22/2004 | 29 | ORDER as to Joshua M Handeland granting [26-1] motion to participate in Voir Dire, denying [25-1] motion to reserve right to file addt'l motions as they become necessary and appropriate, granting [24-1] motion for Notice Intent to use 404(b) evidence, granting [23-1] motion for Notice of Intent to rely upon other crimes evidence, granting [22-1] motion to preserve evidence, denying as nullity [21-1] motion to Suppress evidence, granting [20-1] motion to inspect and test physical evidence, mooting [19-1] motion for Notice of Intent to use evidence arguably subject to suppression, granting [18-1] motion for Disclosure of exculpatory & impeaching information, mooting [17-1] motion for Discovery, denying [16-1] motion to Strike certain language in Indictment; granting Govt's mot for reciprocal discv. ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) Modified on 09/22/2004 (Entered: 09/22/2004) |
| 09/29/2004 | | Jury selection set for 9:00 10/25/04 for Joshua M Handeland before Judge Dudley H. Bowen Jr (bmm) (Entered: 09/29/2004) |

| 10/06/2004 | 30 | Second Discovery Statement and Supplemental Cert of Disclosure and DEMAND for discv from deft filed by USA as to Joshua M Handeland (ljf) (Entered: 10/06/2004) |
| 10/08/2004 | 31 | EX-PARTE MOTION by Joshua M Handeland for Expert Witness Fees with brief in support. (ljf) (Entered: 10/12/2004) |
| 10/15/2004 | 32 | MOTION by Joshua M Handeland to Continue trial with brief in support. (ljf) (Entered: 10/18/2004) |
| 10/15/2004 | 33 | RESPONSE by plaintiff USA to [32-1] motion to Continue trial by Joshua M Handeland (ljf) (Entered: 10/18/2004) |
| 10/19/2004 | | Motion hearing as to Joshua M Handeland set for 4:00 10/19/04 as to: Joshua Handeland, re: (32-1) (bmm) (Entered: 10/19/2004) |
| 10/19/2004 | | Motion hearing held as to Joshua M Handeland re: [32-1] motion to Continue trial; motion granted. Order to enter. (bmm) (Entered: 10/19/2004) |
| 10/20/2004 | 34 | ORDER as to Joshua M Handeland granting [32-1] motion to Continue trial as to Joshua M Handeland (1) ( Signed by Judge Dudley H. Bowen Jr ) (ljf) (Entered: 10/21/2004) |
| 10/20/2004 | | (Court only) **Excludable XT start as to Joshua M Handeland (bmm) (Entered: 12/15/2004) |
| 10/25/2004 | 35 | ORDER as to Joshua M Handeland granting Michael S. Waddington's request for lv of court from 11/5-11/6/04; from 11/24-11/27/04; from 12/27/04 - 1/12/05. ( Signed by Judge Dudley H. Bowen Jr ) (ljf) (Entered: 10/25/2004) |
| 10/25/2004 | 36 | MOTION by USA as to Joshua M Handeland for lv of absence for Stephen Marsh from 12/27/04 to 12/31/04 and 1/21/05 to 1/31/05. (ljf) (Entered: 10/26/2004) |
| 10/25/2004 | | ENDORSED ORDER as to Joshua M Handeland granting [36-1] motion for lv of absence for Stephen Marsh from 12/27/04 to 12/31/04 and 1/21/05 to 1/31/05. as to Joshua M Handeland (1) ( Entered by Judge Dudley H. Bowen Jr ) (ljf) (Entered: 10/26/2004) |
| 10/26/2004 | 37 | EX PARTE MOTION by Joshua M Handeland amended referring to: [31-1] motion for Expert Witness Fees (ljf) Modified on 10/27/2004 (Entered: 10/27/2004) |
| 11/05/2004 | 38 | SUPERSEDING INDICTMENT as to Joshua M Handeland (1) count(s) 1s, 2s (ljf) (Entered: 11/08/2004) |
| 11/05/2004 | | Arrest WARRANT issued as to Joshua M Handeland as a detainer. (ljf) (Entered: 11/08/2004) |
| 11/05/2004 | 39 | Penalty Certification as to Superseding Indictment by USA as to Joshua M Handeland (ljf) (Entered: 11/09/2004) |
| 11/09/2004 | | Arraignment for to Joshua M Handeland set for 10:00 11/17/04 as to |

| | | superseding indictment before Magistrate Judge W. Leon Barfield (esi) (Entered: 11/09/2004) |
|---|---|---|
| 11/12/2004 | 40 | Arrest WARRANT Returned Executed as to Joshua M Handeland on 5/27/04 (ljf) (Entered: 11/15/2004) |
| 11/17/2004 | | Arraignment as to Joshua M Handeland held on Superseding Indictment. Not guilty plea entered. Pretrial motions due 12/2/04; Govt responses due 10 days thereafter. (ljf) (Entered: 11/17/2004) |
| 11/17/2004 | 41 | ORDER as to Joshua M Handeland set Motion Filing deadline to 12/2/04 for Joshua M Handeland Govt's response due 10 days thereafter ( Signed by Magistrate Judge W. Leon Barfield ) (ljf) (Entered: 11/17/2004) |
| 11/18/2004 | 42 | ORDER as to Joshua M Handeland granting [37-1] supplemental amended motion amended as to Joshua M Handeland (1), [31-1] motion for Expert Witness Fees up to $1,000.00. (CJA Voucher form mailed to attorney Martin Puetz) ( Signed by Judge Dudley H. Bowen Jr ) (esi) (Entered: 11/18/2004) |
| 12/10/2004 | 43 | NOTICE by Joshua M Handeland pursuant to 18 U.S.C.S. 2252A. (ljf) (Entered: 12/10/2004) |
| 01/28/2005 | | Jury selection set for 9:00 3/14/05 for Joshua M Handeland before Judge Dudley H. Bowen Jr (bmm) (Entered: 01/28/2005) |
| 02/24/2005 | | Pre-trial conference as to Joshua M Handeland set at 11:00 3/3/05 for Joshua M Handeland before Judge Dudley H. Bowen Jr (bmm) (Entered: 02/24/2005) |
| 02/24/2005 | 44 | MOTION by USA as to Joshua M Handeland in Limine as to introducing any expert testimony , and for pretrial conference with brief in support (ljf) (Entered: 02/25/2005) |
| 03/03/2005 | | Pre-trial conference as to Joshua M Handeland held. (bmm) (Entered: 03/04/2005) |
| 03/09/2005 | | Change of Plea Hearing as to Joshua M Handeland set for 8:45 3/10/05 for Joshua M Handeland before Judge Dudley H. Bowen Jr (bmm) (Entered: 03/09/2005) |
| 03/10/2005 | | Change of Plea Hearing as to Joshua M Handeland held (bmm) (Entered: 03/11/2005) |
| 03/10/2005 | 45 | CHANGE OF PLEA entered by Joshua M Handeland . Court accepts plea. Guilty: count(s) 1s, 2s (Terminated motions: terminating [44-1] motion in Limine as to introducing any expert testimony , terminating [44-2] motion for pretrial conference (ljf) (Entered: 03/11/2005) |
| 03/10/2005 | 46 | Plea Agreement as to Joshua M Handeland (ljf) (Entered: 03/11/2005) |
| 03/10/2005 | 47 | Plea Agreement Accepted as to Joshua M Handeland ( by Judge Dudley H. Bowen Jr ) (ljf) (Entered: 03/11/2005) |
| 04/04/2005 | 48 | MOTION by USA as to Joshua M Handeland for preliminary order of |

| | | forfeiture with brief in support (jgb) (Entered: 04/04/2005) |
|---|---|---|
| 04/18/2005 | 49 | ORDER as to Joshua M Handeland granting [48-1] motion for preliminary order of forfeiture. ( Signed by Judge Dudley H. Bowen Jr ) (ljf) (Entered: 04/18/2005) |
| 04/27/2005 | 50 | Approval (CJA 24) by MJ Barfield as to Joshua M Handeland for transcript of 4/27/04 detention hrng held in San Diego, CA. (ljf) (Entered: 04/27/2005) |
| 04/27/2005 | 51 | Approval (CJA 24) for transcript of initial appearance held 4/22/04 in San Diego, CA as to Joshua M Handeland (ljf) (Entered: 04/27/2005) |
| 04/27/2005 | 52 | Approval (CJA 24) as to Joshua M Handeland for transcript of 5/6/04 removal hrng held in San Diego, CA. (ljf) (Entered: 04/27/2005) |
| 05/02/2005 | 53 | *SEALED* CJA 21 as to Joshua M Handeland: Authorization to Pay Mark T. King $ 975.30 for Expert Services, . Signed by Judge W. Leon Barfield on 5/2/05. (ljf) (Entered: 05/05/2005) |
| 06/03/2005 | 54 | CJA 24 as to Joshua M Handeland: Authorization to Pay Echo Reporting, Inc. $ 22.00 for Transcript, . Signed by Judge W. Leon Barfield on 6/1/05. (ljf) (Entered: 06/06/2005) |
| 06/03/2005 | 55 | CJA 24 as to Joshua M Handeland: Authorization to Pay Echo Reporting, Inc. $ 83.60 for Transcript, . Signed by Judge W. Leon Barfield on 6/1/05. (ljf) (Entered: 06/06/2005) |
| 06/03/2005 | 56 | CJA 24 as to Joshua M Handeland: Authorization to Pay Ad Hoc Reporting $ 30.00 for Transcript, . Signed by Judge W. Leon Barfield on 6/1/05. (ljf) (Entered: 06/06/2005) |
| 06/14/2005 | | Set Hearings as to Joshua M Handeland: Sentencing set for 6/22/2005 10:00 AM in Augusta - 2nd Floor before Judge Dudley H. Bowen. (bmm) (Entered: 06/14/2005) |
| 06/14/2005 | 57 | AFFIDAVIT OF PUBLICATION by United States of America as to Joshua M Handeland (ljf) (Entered: 06/17/2005) |
| 06/17/2005 | 58 | MOTION for Leave of Absence by Martin C. Puetz as to Joshua M Handeland For dates of : 8/1/05 - 8/10/05 . Responses due by 7/2/2005 (ljf) (Entered: 06/20/2005) |
| 06/17/2005 | | (Court only) ***Reopen Document as to Joshua M Handeland 58 MOTION for Leave of Absence by Martin C. Puetz as to Joshua M Handeland For dates of : 8/1/05 - 8/10/05 (ljf) (Entered: 07/05/2005) |
| 06/22/2005 | 59 | Minute Entry for proceedings held before Judge Dudley H. Bowen :Sentencing held on 6/22/2005 for Joshua M Handeland (1), Count 1s, 37 months imprisonment; 3 years supervised release; $2,400 fine; $100 special assessment; Count 2s, Forfeiture of property. (Court Reporter R. Dueringer.) (bmm) (Entered: 06/22/2005) |
| 06/29/2005 | 60 | JUDGMENT as to Joshua M Handeland (1), Count(s) 1, 2, Dismissed; Count(s) 1s, 37 months imprisonment; 3 years supervised release; $2,400 |

| | | fine; $100 special assessment; Count(s) 2s, Forfeiture of property . Signed by Judge Dudley H. Bowen on 6/29/05. (ljf) (Entered: 06/30/2005) |
|---|---|---|
| 06/29/2005 | ○ | TERMINATE CASE (ljf) (Entered: 06/30/2005) |
| 06/30/2005 | ○61 | ORDER granting 58 Motion for Leave of Absence as to Joshua M Handeland (1). Signed by Judge Dudley H. Bowen on 6/30/05. (ljf) (Entered: 07/05/2005) |
| 11/07/2005 | ○62 | CJA 20 as to Joshua M Handeland: Authorization to Pay Martin C. Puetz. Amount: $6,168.69, . Signed by Judge Dudley H. Bowen on 11/7/05. (ljf) (Entered: 11/10/2005) |
| 11/17/2005 | ○63 | USM 285 by returned unexecuted as to properties to be seized by United States of America as to Joshua M Handeland (ljf) (Entered: 11/22/2005) |
| 04/04/2006 | ○64 | Process Receipt for Preliminary Order of Forfeiture Returned Executed on 3/29/06 in case as to Joshua M Handeland. Served on U S Marshal Miami. (cmr) (Entered: 04/07/2006) |
| 05/09/2006 | ○ | Attorney update in case as to Joshua M Handeland. Attorney Brian F. McEvoy for United States of America added. (ljf) (Entered: 05/15/2006) |
| 05/09/2006 | ○65 | MOTION for Final Order of Forfeiture of Property by United States of America as to Joshua M Handeland. Responses due by 5/24/2006 REFERRED to Judge Bowen.(ljf) (Entered: 05/15/2006) |
| 05/18/2006 | ○66 | ORDER granting 65 Motion for Final Order of Forfeiture of Property as to Joshua M Handeland (1). Signed by Judge Dudley H. Bowen on 5/18/06. (ljf) (Entered: 05/18/2006) |
| 01/05/2007 | ○67 | PETITION/ORDER modifying conditions of supervision; offender to reside in Residential Reentry Center as directed by probation officer for up to 120 days as to Joshua M Handeland re 60 Judgment, . Signed by Judge Dudley H. Bowen on 1/5/07. (ljf) (Entered: 01/05/2007) |
| 03/29/2007 | ○68 | USM 285 Final Order of Forfeiture served upon U. S. Marshals Svc, Miami, FL on 3/7/07 as to Joshua M Handeland (ljf) (Entered: 03/30/2007) |
| 10/09/2007 | ○69 | Probation Jurisdiction Transferred to Southern District of California, San Diego as to Joshua M Handeland Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, docket sheet and Case Payment History Report. (ljf) (Entered: 10/11/2007) |